**Robert KARLINSKI, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 79947.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 30, 2002.

Nancy A. McKerrow, Asst. Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Audara L. Charlton, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before SHERRI B. SULLIVAN, P.J., LAWRENCE G. CRAHAN, J., and LAWRENCE E. MOONEY, J.

*ORDER*

PER CURIAM.

Movant, Robert Karlinski, appeals from the judgment denying his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. He contends his plea attorney provided ineffective assistance by incorrectly assuring him that he would be sentenced to a 120–day call back pursuant to section 559.115, RSMo 2000.

Having reviewed the briefs of the parties and the record on appeal, we conclude the motion court did not clearly err. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided the parties a memorandum opinion setting forth the reasons for

our decision. We affirm the judgment pursuant to Rule 84.16(b).